IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHNNY R JOHNSON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:19-CV-00033-RWS |
| | § | |
| v. | § | |
| | § | |
| JUDY MCKAY, CORRECTIONAL OFFICER, TELFORD UNIT; FREDDRICK GOODEN, CAPTAIN, TELFORD UNIT; JOHN WILSON, WARDEN, TELFORD UNIT; AND M. BLALOCK, GRIEVANCE INVESTIGATOR, TELFORD UNIT; | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Johnny R. Johnson, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983, complaining of alleged violations of his constitutional rights in the form of an allegedly false disciplinary case which was ultimately overturned. This Court referred the matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to the applicable laws and orders of this Court. The Magistrate Judge recommends dismissing the action with prejudice for failure to state a claim because Plaintiff has failed to show any deprivation of a constitutionally protected liberty interest or any denial of due process. Docket No. 9 at 3–5.

The Court has considered the Report and Recommendation of the United States Magistrate Judge along with the record and pleadings. Johnson acknowledged receipt of the Report and Recommendation on May 10, 2019. Docket No. 10. No parties filed objections to the Report and Recommendation. Accordingly, Johnson is not entitled to *de novo* review by the District Judge of

those findings, conclusions and recommendations, and except upon grounds of plain error, he is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court.

Nonetheless, the Court has reviewed the pleadings in this case and the Report of the Magistrate Judge and agrees with the Report of the Magistrate Judge. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants . . . .' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)).

The Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that the action is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 26th day of February, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE